William M. Fitzgerald, Esq.
LAW OFFICES OF WILLIAM M. FITZGERALD
2nd Fl. Macaranas Bldg., Garapan Beach Road
P.O. Box 500909
Saipan, MP 96950
Telephone: (670) 234-7241
Email: fitzgerald.law@gmail.com

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| DANNY EWING, <br><br> Plaintiff, <br><br> v. <br><br> IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC, <br><br> Defendant. | CIVIL CASE NO. 16-00034 <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties to the above-captioned case as follows:

1. This matter be DISMISSED WITH PREJUDE, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees, including attorney's fees.

2. This Court shall retain jurisdiction to enforce the settlement agreement.

SO STIPULATED.

| | |
|---|---|
| HASSELBACK LAW OFFICE LLC <br> Attorney for Defendant IPI | LAW OFFICE OF WILLIAM M. FITZGERALD <br> Attorney for Plaintiff |
| By: : /s/ *George L. Hasselback* <br>     GEORGE L. HASSELBACK, ESQ. | By: /s/ *William M. Fitzgerald* <br>     WILLIAM M. FITZGERALD, ESQ. |
| Date: June 12, 2017 | Date: June 12 2017 |